IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| S.W., | § | |
|    Plaintiff, | § § § | |
| v. | § § | 4:24-CV-847-BR |
| COMMISSIONER,<br>SOCIAL SECURITY ADMINISTRATION, | § § § § | |
|    Defendant. | § § | |

## JUDGMENT

The Court has entered an Order reversing the final administrative decision in this case and remanding this matter to the Acting Commissioner, pursuant to sentence four (4) of the Social Security Act, 42 U.S.C. § 405(g), for further proceedings.

JUDGMENT IS ENTERED ACCORDINGLY.

ENTERED February 21, 2025.

_____
LEE ANN RENO
UNITED STATES MAGISTRATE JUDGE